1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. McCOY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  Cr. 12-0220 JAM

12                 Plaintiff,             STIPULATION REGARDING
                                          EXCLUDABLE TIME PERIODS
13  v.                                    UNDER SPEEDY TRIAL ACT;
                                          FINDINGS AND ORDER
14  ANTONIO ROMERO-ALCALA,

15                 Defendant,

16

17

18                              **STIPULATION**

19

20      Plaintiff United States of America, by and through its counsel of record, and defendant, by
21  and through his counsel of record, hereby stipulate as follows:
22      1.     By previous order, this matter was set for a further status conference on January 15,
23  2012.
24      2.     By this stipulation, the parties move to continue the status conference until February
25  5, 2013 at 9:45 a.m., and to exclude time between January 15, 2013, and February 5, 2013, under
26  Local Code T4.
27      3.     The parties agree and stipulate, and request that the Court find the following:
28      a.     The parties have been involved in plea negotiations, and the Government anticipates

1

PDF created with pdfFactory trial version www.pdffactory.com

extending a formal plea offer to the defendant by January 15, 2013. Once the offer is received, defense counsel will need additional time to reevaluate the discovery previously provided by the Government, review the formal plea agreement with the defendant, and make recommendations to the defendant regarding acceptance or rejection of the offer. If the defendant decides to enter into the plea agreement, defense counsel will need additional time to prepare the defendant for a change of plea hearing.

b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary to review the Government's formal plea offer with the defendant, and to effectively prepare for a possible change of plea, taking into account the exercise of due diligence.

c. The government joins in the request for the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 15, 2013, to February 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

1  ///

2      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of
the Speedy Trial Act dictate that additional time periods are excludable from the period within which
a trial must commence.

IT IS SO STIPULATED.

DATED: January 11, 2013

    /s/ Michael D. McCoy
    MICHAEL D. McCOY
    Assistant United States Attorney

DATED: January 11, 2013

    /s/ Nicholas DePento.
    NICHOLAS DePEANTO
    Counsel for Defendant ANTONIO ROMERO-ALCALA
    Per e-mail authorization

**O R D E R**

IT IS SO FOUND AND ORDERED this 11th day of January, 2013.

    /s/ John A. Mendez
    JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com